**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| CALVIN JACKSON, | ) | Case No. 12-13722 (BRL) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**BRIDGE ORDER WITH RESPECT**
**TO THE MOTION OF HELEN BIGGETT,**
**FOR CONTEMPT SANCTIONS AND RELATED RELIEF,**
**INCLUDING TO EXTEND THE TIME PERIOD TO MOVE TO DISMISS**
**THE CHAPTER 7 CASE, TO OBJECT TO THE DEBTOR'S DISCHARGE,**
**AND TO OBJECT TO THE DISCHARGEABILITY OF CERTAIN DEBTS**

Upon the Motion,[1] dated July 10, 2013, of Helen Biggett ("Ms. Biggett"), for Contempt

Sanctions and Related Relief, including to extend the time period to move to dismiss the Chapter

7 Case, to object to the Debtor's discharge, and to object to the dischargeability of certain debts;

which Motion was filed prior to the expiration of the deadline for such objections and is

scheduled to be heard by this Court on August 6, 2013 at 10:00 a.m. (prevailing Eastern Time);

and the Court having jurisdiction to consider the Motion; and venue being proper before this

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion; and

approval of the relief requested in the Motion being within the sound discretion of the Court; and

the Court having determined that entry of this Bridge Order without a hearing is proper in light

of the limited relief provided herein; and after due deliberation and sufficient cause appearing

therefor, it is:

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings
ascribed to such terms in the Motion.

ORDERED that Ms. Biggett's time to move to dismiss the Chapter 7 Case pursuant to

section 707(b) of the Bankruptcy Code is extended from July 31, 2013 until such time as the

Court enters an order on the Motion; and it is

ORDERED that Ms. Biggett's time to object to the Debtor's discharge or to the

dischargeability of certain debts pursuant to sections 523 and 727 of the Bankruptcy Code is

extended from July 31, 2013 until such time as the Court enters an order on the Motion.


Date:   July 26, 2013                      /s/Burton R. Lifland_____
        New York, New York                 HONORABLE BURTON R. LIFLAND
                                            UNITED STATES BANKRUPTCY JUDGE

2