WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007
Stephen Karotkin
Frank Grese
Erika del Nido

*Attorneys for Helen Biggett*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 7 |
| CALVIN JACKSON, | ) Case No. 12-13722 (BRL) |
| Debtor. | ) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF
HELEN BIGGETT FOR CONTEMPT SANCTIONS AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that the hearing scheduled for September 10, 2013 at 10:00 a.m. (prevailing Eastern Time) before the Honorable Burton R. Lifland, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at Alexander Hamilton Custom House, One Bowling Green, Courtroom 623, New York, New York to consider the *Motion of Helen Biggett for Contempt Sanctions and Related Relief* [ECF No. 73]

has been adjourned to September 24, 2013 at 10:00 a.m. (prevailing Eastern Time).

Dated:  September 3, 2013
        New York, New York

/s/ Stephen Karotkin
Stephen Karotkin
Frank Grese
Erika del Nido

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Helen Biggett*