UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                              :
In re                                                         :          Chapter 7
                                                              :
CALVIN JACKSON,                                               :          Case No. 12-13722 (BRL)
                                                              :
                    Debtor.                                   :
                                                              :
-----------------------------------------------------------------x

# ORDER GRANTING MOTION OF HELEN BIGGETT
# FOR CONTEMPT SANCTIONS AND RELATED RELIEF

Upon the Motion, dated July 10, 2013 (the "Motion"),[1] of Helen Biggett ("Ms. Biggett"), pursuant to Rule 9020 of the Federal Rules of Bankruptcy Procedure and section 105 of the Bankruptcy Code, for contempt sanctions and related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and approval of the relief requested in the Motion being within the sound discretion of the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

>    ORDERED that the Motion is granted; and it is further

>    ORDERED that the Debtor is hereby held in contempt of Court; and it is further

>    ORDERED that the Debtor may purge itself of the foregoing contempt finding by

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

fully complying with the Order to Compel within two (2) weeks of the entry of this Order; and it is further

ORDERED that if the Debtor fails to fully comply with the Order to Compel within two (2) weeks of the entry of this Order, then the Court hereby imposes a daily fine in the amount of $400 per day, payable to the estate from postpetition assets of the Debtor, beginning on the fifteenth (15th) day after the entry of this Order, until the Debtor fully complies with the Order to Compel; and it is further

ORDERED that in connection with the subpoena issued by the Chapter 7 Trustee, the Debtor appear for examination on October 16, 2013 at 10:00 AM at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153; and it is further

ORDERED that Ms. Biggett's deadline to move to dismiss the Debtor's Chapter 7 Case, to object to the Debtor's discharge, and to object to the dischargeability of certain debts under sections 707(b), 727, and 523 of the Bankruptcy Code, is extended to January 31, 2014, subject to further order of the Court; and it is further

ORDERED that Ms. Biggett's rights, including the right to pursue additional sanctions, are fully reserved; and it is further

ORDERED that, this Court shall retain jurisdiction to resolve any matters arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order.

Dated: September 24, 2013
      New York, New York

/s/Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE