UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE:

CALVIN JACKSON

      DEBTOR.    CASE NO.:  12-13722-(SMB)

             CHAPTER 7
_____X

### NOTICE OF CANCELLATION OF HEARING

**PLEASE TAKE NOTICE** that the hearing scheduled for December 4, 2013 at 10:00 a.m. (prevailing Eastern Time) before the Honorable Burton R. Lifland, Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York at Alexander Hamilton Custom House, One Bowling Green, Courtroom 623, New York, New York to consider the *Motion to Withdraw as Attorney* has been **cancelled**.

Dated:  December 2, 2013
   New York, New York

        \s\ Narissa A. Joseph_
        Narissa A. Joseph

        Law Office of Narissa A. Joseph
        277 Broadway, Suite 501
        New York, New York 10007