**Exhibit A**

12-13722-cgm    Doc 99-1    Filed 02/06/14    Entered 02/06/14 12:38:41    Exhibit A
Pg 1 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

CALVIN JACKSON,

Debtor.
------------------------------------------------------------------X

Chapter 7

Case No. 12-13722 (CGM)

### ORDER GRANTING TRUSTEE'S MOTION PURSUANT TO BANKRUPTCY RULE 2004 FOR ORDER AUTHORIZING TRUSTEE TO ISSUE SUBPOENAS TO OBTAIN DOCUMENTS FROM, AND IF NECESSARY, CONDUCT EXAMINATIONS OF, JPMORGAN CHASE BANK, N.A., AMALGAMATED BANK, MUNICIPAL CREDIT UNION OF NEW YORK CITY, NEW YORK, AND TD BANK, N.A.

Upon the motion (the "**Motion**") of Jil Mazer-Marino, the chapter 7 trustee (the "**Trustee**") for the estate of Calvin Jackson (the "**Debtor**"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure for an Order authorizing the Trustee to issue subpoenas to obtain documents from, and if necessary, to conduct examinations of, JPMorgan Chase Bank, N.A., Amalgamated Bank, Municipal Credit Union of New York City, New York, and TD Bank, N.A. (collectively, the "**Banks**") regarding the accounts of Stephanie Bellejambe, as more fully set forth in the Motion; and good and sufficient notice of the Motion having been given and no other or further notice being required; and good and sufficient cause appearing therefore, it is

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Trustee is authorized to issue subpoenas to the Banks, for the production of documents, and for appearance for examination at the office of Meyer, Suozzi, English & Klein, P.C., 1350 Broadway, Suite 501, P.O. Box 822, New York, New York 10018-0026; and it is further

**ORDERED**, that the Trustee is authorized to serve the subpoenas and a copy of this Order via first class mail and certified mail to: (i) JPMorgan Chase Bank, N.A., 270 Park Avenue, New York, N.Y. 10017, Attn: Charles O. Freegood, Managing Director; (ii) Amalgamated Bank, 275 Seventh Avenue, 9th Floor, New York, NY 10001, Attn.: Gabriel Caprio, Interim President and Chief Executive Officer; (iii) Municipal Credit Union of New York City, New York, 22 Cortland Street, New York, NY, Attn.: Kam Wong, President/CEO; (iv) and TD Bank, N.A., 855 Franklin Avenue, Garden City, NY 11530, Attn.: Paul Butler, Vice President or Manager.

Dated: New York, New York
   February __, 2014

              _____
              **HON. CECELIA G. MORRIS**
              **CHIEF UNITED STATES BANKRUPTCY JUDGE**