Presentment Date and Time: February 21, 2014 at 12:00 p.m.
Objection Deadline: February 20, 2014 at 5:00 p.m.

Edward J. LoBello
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

*Counsel for Jil Mazer-Marino, the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

CALVIN JACKSON,

Debtor.
-----------------------------------------------------------------X

Chapter 7

Case No. 12-13722 (CGM)

### NOTICE OF PRESENTMENT OF TRUSTEE'S MOTION PURSUANT TO BANKRUPTCY RULE 2004 FOR ORDER AUTHORIZING TRUSTEE TO ISSUE SUBPOENAS TO OBTAIN DOCUMENTS FROM, AND IF NECESSARY, CONDUCT EXAMINATIONS OF, JPMORGAN CHASE BANK, N.A., AMALGAMATED BANK, MUNICIPAL CREDIT UNION OF NEW YORK CITY, NEW YORK, AND TD BANK, N.A.

**PLEASE TAKE NOTICE** that on February 6, 2014, Jil Mazer-Marino, the chapter 7 trustee (the "**Trustee**") for the above-captioned chapter 7 estate, filed the annexed motion (the "**Motion**") for an order authorizing the Trustee to issue one or more subpoenas to obtain documents from, and if necessary, conduct examinations of, JPMorgan Chase Bank, N.A., Amalgamated Bank, Municipal Credit Union of New York City, New York, and TD Bank, N.A., regarding the accounts of Stephanie Bellejambe, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will present the attached proposed Order granting the Motion to the Honorable Cecelia G. Morris, Chief United States

Bankruptcy Judge, for signature and entry on **February 21, 2014 at 12:00 p.m.**, at her Chambers at United States Bankruptcy Court, Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing, stating with particularity the grounds therefore and be filed with the Court, with a Courtesy Copy to the Chambers of the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, and be served upon (i) counsel for the Trustee, Meyer Suozzi English & Klein, P.C., 990 Stewart Avenue, Suite 300, Garden City, New York 11530, Attn.: Edward J. LoBello; (ii) Office of the U.S. Trustee, 201 Varick Street, New York, NY 10014, Attn.: Andy Velez-Rivara, Esq.; (iii) JPMorgan Chase Bank, N.A., 270 Park Avenue, New York, N.Y. 10017, Attn.: Charles O. Freegood, Managing Director; (iv) Amalgamated Bank, 275 Seventh Avenue, 9th Floor, New York, NY 10001, Attn.: Gabriel Caprio, Interim President and Chief Executive Officer; (v) Municipal Credit Union of New York City, New York, 22 Cortland Street, New York, NY, Attn.: Kam Wong, President/CEO; (vi) TD Bank, N.A., 855 Franklin Avenue, Garden City, NY 11530, Attn.: Paul Butler, Vice President or Manager; (vii) Calvin Jackson, 119-12 145th St., Jamaica, NY 11436; and (viii) counsel for Stephanie Bellejambe, Steven Zalewski & Associates, P.C., 125-10 Queens Blvd. Suite 218, Kew Gardens, NY 11415, Attn.: Mark S. Anderson, Esq., so as to be received no later than **February 20, 2014 at 5:00 p.m. Unless objections are received by that time, the proposed Order may be signed. If an objection is timely filed and served, the Court may schedule a hearing.**

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, shall be filed with the Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format

2

(PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-242.

**Dated: Garden City, New York**
       **February 6, 2014**         **MEYER SUOZZI ENGLISH & KLEIN, P.C.**
                                       *Counsel for Jil Mazer-Marino, the*
                                          *Chapter 7 Trustee*

                                      **By:** */s/ Edward J. LoBello*
                                              Edward J. LoBello
                                       990 Stewart Avenue, Suite 300
                                     P.O. Box 9194
                                     Garden City, New York  11530-9194
                                     **Telephone:**   (516) 741-6565
                                     **Facsimile:**    (516) 741-6706

977781v.2