WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Stephen Karotkin
Frank Grese
Erika del Nido

*Attorneys for Helen Biggett*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CALVIN JACKSON, | Case No. 12-13722 (CGM) |
| Debtor. | |

**NOTICE OF HEARING AS TO**
**MOTION OF HELEN BIGGETT, PURSUANT TO**
**BANKRUPTCY RULE 2004, TO DIRECT THE EXAMINATION**
**OF WITNESSES AND FOR THE PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE** that a hearing to consider the *Motion of Helen Biggett, Pursuant to Bankruptcy Rule 2004, to Direct the Examination of Witnesses and for the Production of Documents* [ECF No. 33] (the "Motion") solely as to Ms. Tianna (Jackson) Baez will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 610, One Bowling Green, New York, New York 10004 on **May 22, 2014 at 10:00 a.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds

thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 610, One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Stephen Karotkin, Frank Grese, and Erika del Nido, attorneys for Ms. Biggett; (iii) the Office of the Chapter 7 Trustee, Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194, Garden City, NY 11530-9194, Attn: Jil Mazer-Marino, Esq.; (iv) Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194, Garden City, New York 11530-9194, Attn: Edward J. LoBello, Esq., attorney for the Chapter 7 Trustee; (v) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014; (vi) Wayne Greenwald, P.C., 475 Park Avenue, New York, New York 10016, attorney for Mr. Calvin Jackson; and (vii) any person or entity with a particularized interest in the Motion, so as to be so filed and received by no later than **May 15, 2014 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

2

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: May 5, 2014
      New York, New York

/s/ Stephen Karotkin
Stephen Karotkin
Frank Grese
Erika del Nido

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Helen Biggett*