WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Stephen Karotkin
Frank Grese
Erika del Nido

*Attorneys for Helen Biggett*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CALVIN JACKSON, | ) | Case No. 12-13722 (CGM) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING AS TO
MOTION OF HELEN BIGGETT, PURSUANT TO
BANKRUPTCY RULE 2004, TO DIRECT THE EXAMINATION
OF WITNESSES AND FOR THE PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion of Helen Biggett, Pursuant to Bankruptcy Rule 2004, to Direct the Examination of Witnesses and for the Production of Documents* [ECF No. 33] (the "Motion") solely as to Ms. Tianna (Jackson) Baez, that was scheduled for June 19, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to July 17, 2014 at 10:00 a.m.** (the "Hearing"). The Hearing will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 610, One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further

notice other than an announcement at the Hearing.

Dated: June 17, 2014
       New York, New York

                              /s/ Stephen Karotkin
                              Stephen Karotkin
                              Frank Grese
                              Erika del Nido

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              *Attorneys for Helen Biggett*