WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Stephen Karotkin
Frank Grese
Erika del Nido

*Attorneys for Helen Biggett*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CALVIN JACKSON, | Case No. 12-13722 (CGM) |
| Debtor. | |

**NOTICE OF ADJOURNMENT OF HEARING AS TO**
**MOTION OF HELEN BIGGETT, PURSUANT TO**
**BANKRUPTCY RULE 2004, TO DIRECT THE EXAMINATION**
**OF WITNESSES AND FOR THE PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion of Helen Biggett, Pursuant to Bankruptcy Rule 2004, to Direct the Examination of Witnesses and for the Production of Documents* [ECF No. 33] (the "Motion") solely as to Ms. Tianna (Jackson) Baez, that was scheduled for July 17, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to September 18, 2014 at 10:00 a.m.** (the "Hearing"). The Hearing will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 610, One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time

without further notice other than an announcement at the Hearing.

Dated: July 17, 2014
      New York, New York

/s/ Stephen Karotkin
Stephen Karotkin
Frank Grese
Erika del Nido

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Helen Biggett*